UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60241-CIV-SINGHAL

ANDRES GOMEZ,

    Plaintiff,

v.

NATIONAL BANK OF CANADA
FINANCIAL GROUP, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** has come before the Court upon the Stipulation for Dismissal with Prejudice (DE [17]) filed by the parties. The Court having reviewed the Stipulation and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE,** each party to bear its own costs and attorney's fees except as provided in the parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of May 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF